UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**E.L., individually, and on behalf of his child, S.L., a minor**,

          Plaintiffs,

-against-

**NEW YORK CITY DEPARTMENT OF EDUCATION**,

          Defendants.

23-CV-2560 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

Further to the initial pretrial conference held in this matter on August 25, 2023, the Court issues the following order concerning discovery and motion practice:

1. Any motions in this case must be filed no later than **November 30, 2023**.

2. The Court does not anticipate extending this motion deadline, so if there are disputes concerning discovery, those disputes should promptly be brought to the Court's attention consistent with its Individual Practices.

SO ORDERED.

Dated: August 28, 2023
      New York, New York

                                            ARUN SUBRAMANIAN
                                         United States District Judge