

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**DARIAN ALEXANDER**
Phone: (212) 356-2174
daalexan@law.nyc.gov

Application granted. Defendants should
file a redacted version.

May 14, 2024

The Clerk of Court is directed to
terminate the motion at Dkt. 48 and keep
Dkt. 46 under seal.

**BY ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

Arun Subramanian, U.S.D.J
Date: May 15, 2024

Re: *E.L, individually, and on behalf of his child, S.L., a minor v. New York City
Department of Education and David C. Banks,* 23-cv-2560-AS

Dear Judge Subramanian:

      I am the Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix,
Corporation Counsel of the City of New York, assigned to represent Defendants the New York City
Department of Education and David C. Banks in the above-referenced action. In accordance with
Rules 11(b) and 11(c) of Your Honor's Individual Practices, I write to respectfully request that the
Court (1) place under seal a document that Defendants filed in opposition to Plaintiffs' Motion for
Attorneys' Fees and Costs (Plaintiffs' "Fees Motion"), and which inadvertently includes sensitive
identifying information, and (2) permit Defendants to file a redacted version of such document.

      Plaintiff E.L. (the "Parent") brought this action individually and on behalf of his
child, S.L. (the "Student"), seeking implementation of Findings of Fact and Decisions ("FOFDs")
issued in two administrative proceedings concerning the 2017-18 through 2019-2020 school years,
and an award of reasonable attorneys' fees and costs incurred in connection with the underlying
administrative proceedings and this action. *See* Complaint (Dkt. No. 1). On March 4, 2024,
Plaintiffs' filed their Fees Motion. *See* Dkt. Nos. 31-41. On April 26, 2023, Defendants filed their
papers in opposition to Plaintiffs' Fees Motion. *See* Dkt. Nos. 44-47. This morning, Plaintiffs'
counsel, Irina Roller, Esq., informed me that one of the documents that Defendants filed in
opposition to Plaintiffs' Fees Motion, the Declaration of Jay St. George (Dkt. No. 46), contains
the full name of one of S.L.'s parents.

      Accordingly, Defendants respectfully request that the Court approve the sealing of
the document filed as Dkt. No. 46. In conjunction with this request, I have asked the Court's ECF

Help Desk to place the document under temporary seal pending Your Honor's review of this request, and the Help Desk has done so. Additionally, Defendants respectfully request that Your Honor grant Defendants leave to file a redacted version of the aforementioned document. Defendants will separately file the proposed redacted document for Your Honor's review.

I apologize for this oversight, and I have reviewed Defendants' other opposition papers to confirm that none of those documents similarly require sealing and/or redaction.

Thank you for your consideration of this request.

Respectfully,

/s/ _____

Darian Alexander
Assistant Corporation Counsel

CC:   **BY ECF**
      *all counsel of record*