UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.L., INDIVIDUALLY, AND ON BEHALF OF HIS CHILD, S.L., A MINOR et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION et al., <br><br> Defendants. | 23-CV-2560 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at yesterday's hearing, by Monday, August 19, 2024, Defendants should submit a letter detailing the release provision in DOE's fees settlement agreements. Defendants should submit a sample provision as an attachment to the letter.

SO ORDERED.

Dated: August 16, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge