UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.L., INDIVIDUALLY, AND ON BEHALF OF HIS CHILD, S.L., A MINOR et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION et al.,<br><br>                    Defendants. | 23-CV-2560 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are directed to order the transcript from the Thursday, August 15th hearing.

SO ORDERED.

Dated: August 20, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge