**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
E.L., individually, and on behalf of his child
S.L., a minor,

                         Plaintiff,
    -against-                                                    23 **CIVIL** 2560 (AS)

                                                                      **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION and DAVID C. BANKS, in his
official capacity as Chancellor of the New York
City Department of Education,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2024, judgment is hereby entered against Defendants in the amount of $119,312.25; accordingly, the case is closed.

**Dated:**  New York, New York
       August 21, 2024

                                                                 **DANIEL ORTIZ**
                                                              **Acting Clerk of Court**

                      **BY:**
                                                                  **Deputy Clerk**